# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT SHIRLEY, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-20-0017-J |
| CARL BEAR, | ) |
| Respondent. | ) |

## ORDER

Petitioner filed a Petition for Writ of Habeas Corpus [Doc. No. 1] and a motion to proceed in forma pauperis [Doc. No. 2]. The matter was referred to United States Magistrate Judge Suzanne Mitchell who entered a Report and Recommendation recommending that the Court deny Petitioner's motion to proceed in forma pauperis and require Petitioner to pay the full $5.00 filing fee. [Doc. No. 5]. Thereafter, Petitioner paid the $5.00 filing fee.

The Court adopts the recommendation to deny Petitioner's motion to proceed in forma pauperis and, since Petitioner has paid, rerefers the matter to Magistrate Judge Mitchell for proceedings as outlined in the Court's earlier referral. [Doc. No. 4].

IT IS SO ORDERED this 4th day of February, 2020.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE